L. BUCKI & SON LUMBER CO. v. ATLANTIC LUMBER CO. (Circuit Court of Appeals, Fifth Circuit. May 28, 1901.) No. 956. In Error to the Circuit Court of the United States for the Northern District of Florida. H. Bisbee, for plaintiff in error. R. H. Liggett, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. After much consideration of the transcript and briefs in this case, a majority of the judges are of opinion that the pleas filed by the defendant in the lower court set forth and present a substantial defense to the plaintiff's action and that the demurrers to them were properly overruled. The judgment of the circuit court is therefore affirmed.